UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER BODE,

    Plaintiff,

v.                                                          Case No.: 8:24-cv-2357-MSS-LSG

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    The Commissioner moves unopposed, Doc. 17, to remand this action for further proceedings under sentence four of 42 U.S.C. § 405(g). Sentence four explains that a reviewing court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993). I recommend granting the defendant's motion and remanding this action to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. I further recommend instructing the Clerk of Court (1) to enter a judgment in favor of the plaintiff and against the defendant, (2) to terminate any pending motions, and (3) to close the case.

**REPORTED** on this 9th day of April, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

## NOTICE TO PARTIES

A party has fourteen days from the day of service of this report either to file written objections to the proposed findings and recommendation or to seek an extension of the fourteen-day deadline. 28 U.S.C. § 636(b)(1)(C). Under Eleventh Circuit Rule 3-1, a party failing to object to a magistrate judge's findings or recommendations "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).  If the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.