UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER BODE,**

    Plaintiff,

v.                                        Case No: 8:24-cv-2357-MSS-LSG

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendants.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Unopposed Motion to Remand [the Action] to [the] Social Security Administration, (Dkt. 17). On April 9, 2025, Judge Lindsay S. Griffin issued a Report and Recommendation, (Dkt. 18), which recommended Defendant's unopposed motion be granted and to remand the action to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g). Id.

Neither party has filed an objection to Judge Griffin's Report and Recommendation. Moreover, the deadline for doing so has passed. Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **GRANTS** Defendant's Unopposed Motion and **REMANDS** the action to the Social Security Administration.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Absent specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 18), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendant's Unopposed Motion to Remand to [the] Social Security Administration, (Dkt. 17), is **GRANTED**.

3. The instant action is **REMANDED** to the Social Security Administration.

4. The Clerk of Court is DIRECTED to enter judgment in favor of both parties, terminate any pending motions, and CLOSE the case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of May 2025.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE